FIRST DEPARTMENT, MARCH TERM, 1885.

Pearsall, Appellant, Impleaded with Thomas W. Pearsall and others, Respondents. — Order modified as directed in opinion, and affirmed as modified, without costs. Opinion by Brady, J.

Horace K. Thurber and others, Respondents, v. Daniel H. Bower, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

Charles T. Parks, as Receiver, etc., Appellant, v. Charles Turno, Respondent. — Judgment affirmed. Opinion by Brady, J.

James Talcott, Respondent, v. Jacob Harris and Abraham Berger, Appellants. — Judgment reversed, new trial ordered, costs to abide event. Opinions by Brady and Daniels, JJ.

John Branigan, Respondent, v. Owen Donnelly, Appellant — Order reversed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Charles K. Billings, Respondent, v. Robert H. Parks and others, Appellants. — Judgment and order reversed, and motion to strike out answer denied. Opinion by Brady, J.

James Bigler, Appellant, v. Edwin Atkins, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

John H. Morris, as Assignee of James D. Fish, v. William Warner and others. — Order affirmed. Opinion by Brady, J.

Charles L. Reason, Appellant, v. The Board of Education of the city of New York and others, Respondents. — Order affirmed, without costs and without prejudice to any other motion the appellant may be advised to make Opinion by Brady, J.

Horace B. Claflin and others, v. Clinton H. Smith and others. — Order reversed, entry of order hereon suspended as suggested in opinion of Davis, P. J. Opinions by Daniels, J., and Davis, P. J.

Ferdinand Blumenthal and others, Respondents, v. Willis Bristol, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Elvin O. Murdock, Respondent, v. George H. Burgess and Frank A. Newton, Appellants. — Judgment affirmed. Opinion by Daniels, J.

Louisa Bliven, Appellant, v. Ella M. Bliven, as Executrix, etc., and others, Respondents. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Nathan Arnold and others, Respondents, v. Albert Back and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinions by Brady and Daniels, JJ., and Davis, P. J.

A. Barton Hepburn, Respondent, v. James McDonnell, Appellant. — Judgment modified as directed in opinion, and as modified affirmed, without costs to either party. Opinion by Daniels, J.

John Pondir, Respondent, v. The New York, Lake Erie and Western Railroad Company and others, Appellants. — Judgment affirmed, with leave to defendants to answer over on the usual terms. Opinion by Brady, J.

The People of the State of New York v. The Knickerbocker Life Insurance Company. — Accounts allowed as stated in memorandum of Daniels, J.

Pleasant H. Pendleton v. The Knickerbocker Life Insurance Company. — Account allowed.

George Ehret, Appellant, v. Clement A. Auffim-'Ordt and others, Respondents. — Order reversed, with ten dollars costs and disbursements.

In the Matter of William Tilden. — Order affirmed, with ten dollars costs and disbursements.

Adam Geyer, Respondent, v. Henry D. Brewster and others, Appellants. — Order affirmed, with ten dollars costs and disbursements.

Louisa A. Barclay, Respondent, v. Delos C. Culver, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels J.

Mary L. C. Rendon, Respondent, v. Ynes Verona Socarras and another, Appellants. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

William H. Riblet, Appellant, v. Thomas H. H. Messenger, Respondent. — Order reversed, with ten dollars costs and disbursements.

Continental Store Service Company, Respondent, v. Curtis Clark and others, Appellants. — Order modified as directed in opinion, and affirmed as modified, with costs to abide the event. Opinion by Daniels, J.

Juan F. L. Sarrion, Respondent, v. Henry C. De Rivera and others, Appellants — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

James M. Smith, as Receiver, etc., Appellant, v. Henry M. Platt and others, Respondents. — Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Daniels, J.

Christian Muller, Respondent, v. Wilhelmina Muller, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied. Opinion by Daniels, J.

New York, Lake Erie and Western Railroad Company, Respondent, v. George W. Carhart and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Francis E. Burrows, Respondent, v. Charles M. Dickinson, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

August Van Deventer and another, Appellants, v. John Blust, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Opinion by Davis, P. J.

Theodore H. Friend, Appellant, v. Mercantile Trust Company, Respondent, Impleaded with others. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

John W. Gilbert, Plaintiff, v. Henry S. Deshon, Appellant. Margaret G. Westerfield, Respondent, and others, Defendants. — Judgment affirmed, with costs on opinion of Macomber, J.

Thomas J. Pope and another, v. The Terre Haute Railway Company. — Judgment and order affirmed on opinion of Daniels, J., on former argument.

Frieda Stachle, Respondent, v. Ferdinand Braun, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Toronto General Trust Company, Appellant, v. National Bank of Commerce, Respondent, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements, to abide the event.

Alfred A. Cohen, Appellant, v. John W. Ellis and others, Respondents. — Orders modified by reducing the costs in each of the orders below to ten dollars; and affirmed as modified, without costs.

The Attorney General v. The Continental Life Insurance Company.

In re Wieland. — Order affirmed, without costs.

In the Matter of Francis F. Taylor. — Order affirmed, with ten dollars costs and disbursements.

James W. Field, Appellant, v. James M. Allen, Respondent. — Judgment affirmed.

The People of the State of New York ex rel. Robert Kent v. Board of Fire Commissioners. — Order modified by directing the suspension of the relator for six months from October 8, 1884, without pay, instead of removing him from office; without costs to either party.